UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JIMMIE STEPHEN,

    Plaintiff,

v.

H. WILLIAMS; et al.,

    Defendants.
_____/

No. C 14-1335 SI (pr)

**ORDER OF DISMISSAL**

    This action was opened when the court received from plaintiff a "motion to proceed on FRCP # 20 issues of CV-12-3722-SI(pr) - ruling on 3-6-14." That document also had a blank line for a case number over which plaintiff had written "New Case #." The court notified plaintiff that he needed to file an *in forma pauperis* application and a complaint or petition if he wanted to proceed. Plaintiff responded with a letter, in which he wrote that this action "belongs with aforementioned # CV-14-1245-SI(pr). Please correct as such." Docket # 4. Plaintiff had mailed the complaint for Case No. C 14-1245 SI a few days before filing his "motion to proceed" and apparently did not have the case number for that action when he mailed his "motion to proceed" that caused the clerk to open this action.

    This action is dismissed because it was opened in error. No fee is due. The clerk will file a copy of Docket # 1 from this action in the case file for Case No. C 14-1245 SI, and then will close Case No. C 14-1335 SI.

    IT IS SO ORDERED.

Dated: May 22, 2014

                                                      _____
                                                      SUSAN ILLSTON
                                                      United States District Judge